1  AARON D. FORD
     Attorney General
2  HEATHER B. ZANA, Bar No. 8734
     Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV 89701-4717
   Tel: (775) 684-1261
6  E-mail: hzana@ag.nv.gov

7  *Attorneys for Defendants*
   *Dwayne Deal, James Dzurenda*
8  *and Harold Wickham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS HERNANDEZ, III, | Case No. 3:17-cv-00613-MMD-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Defendants, Dwayne Deal, James Dzurenda and Harold Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby , hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///

///

///

///

///

///

///

**SO STIPULATED:**

DATED this 17 day of January, 2019

By: /s/ *signature*
JOSE LUIS HERNANDEZ, III
Plaintiff

DATED this 28th day of Jan, 2019

ADAM PAUL LAXALT
Attorney General

By: /s/ *signature*
HEATHER B. ZANA
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED

/s/ *signature*
**U.S. DISTRICT JUDGE**

DATED January 28, 2019

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 28th day of January, 2019, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, on the following:

Jose Luis Hernandez, III, #1144807
Core Civic/Saguaro Correctional Center
1252 E. Arica Road
Eloy, AZ 85131

/s/ Laurie Penny
An employee of the
Office of the Attorney General